## SINARD v. GLEASON.

1. Garnishment : APPEAL. The principal defendant may appeal from a judgment against a garnishee.

*Appeal from Wapello District Court.*

THURSDAY, JUNE 26.

ON the 27th day of July, 1862, plaintiff recovered against the defendant a judgment for $41.53. April the 17th, 1863, an execution was issued on this judgment, and returned *nulla bona.* On the 2d day of May, 1863, a garnishment was served on Isaac Millisack, against whom, having appeared and answered, a judgment was rendered for the amount of plaintiff's judgment claim against Gleason. From this judgment Gleason appealed to the District Court, where the case was again tried by the court without a jury, and the garnishee discharged, and a judgment rendered against the plaintiff for costs. He moved for a new trial, upon the ground that the decision and judgment were against the law and the evidence. This motion being overruled he appeals.

*C. C. Nourse* for the appellant.

*Hendershott & Burton* for the appellee.

LOWE, J. — In the state of the record, the only question reserved for our determination is, whether the court erred in overruling the motion for a new trial. The motion was made upon the alleged ground that the decision of the court was against law and evidence. Whether this is so or not we have no. means of determining. Neither the answer of the garnishee or any evidence is certified up to us. There is in the transcript a set of interrogatories and answers, purporting to be questions and

answers put to and given by Isaac Millisack, the garnishee. It does not appear that they were signed or sworn to by anybody. They are not made a part of the record by being incorporated in any bill of exceptions, nor in any way identified by a bill of exceptions. There is nothing in the record by which we can determine whether the court decided correctly or incorrectly. As to the right of the principal debtor to appeal from the judgment against the garnishee, we have but little doubt, the latter being a part and auxiliary to the main action. The judgment is

Affirmed.